Date signed October 30, 2008



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| In Re: | Case No. 08-19001PM |
|---|---|
| Raymond H. Twine and Gloria D. Twine, | Chapter 13 |
| Debtor. | |
| Raymond H. Twine and Gloria D. Twine, | |
| Movant, | |
| v. | |
| Homecomings Financial, LLC, and Ocwen Loan Servicing, LLC/HSBC Bank USA, NA, | |
| Respondents. | |

## MEMORANDUM OF DECISION

This case came before the court on the Debtors' Motion to Avoid two consensual liens on their residence. The Motions are based upon the proposition that the liens are avoidable as wholly unsecured claims under 11 U.S.C. § 506(b) and thus subject to cramdown under the doctrines pronounced in such cases as *Johnson v. Asset Management Group, LLC,* 226 B.R. 364 (D. Md. 1998), *In re Bartee,* 212 F.3d 277 (CA5 2000) and *In re Dickerson,* 222 F.3d 924 (CA11 2000). The liens at issue are as follows:

    A.    First Deed of Trust:  HSBC Mortgage Services
            Proof of Claim #6 filed on July 29, 2008, in the amount of $285,919.09.

    B.    Second Deed of Trust:  Homecomings Financial Services
No Proof of Claim filed.  Scheduled with a claim in the amount of $99,559.00.

    C.    Third Deed of Trust:  Ocwen Loan Servicing, LLC servicing for HSBC Bank USA, National Association, as Indenture Trustee for the registered Noteholders of Renaissance Home Equity Loan Trust 2006-4.
Proof of Claim #1 filed on July 17, 2008, in the amount of $70,487.98.

If the value of the subject property is less than the amount of the claim filed by the senior secured lender then the Debtors are entitled to the relief sought.  For evidentiary support, the Debtors offered the report of the SDAT and from an entity known as Cyberhomes.com, whose expertise was not established.

While these reports are clearly hearsay and while it is often urged that the SDAT undervalues, the fact remains that while proper service of these Motions was made, neither of the purported secured creditors saw fit to file an answer.  After consideration of the record and after the hearing held October 30, 2008, the court will grant the requested relief.

Appropriate orders will be entered.

cc:    HSBC Mortgage Services
P. O. Box 21188
Eagan MN 55121-4201

President
Homecomings Financial
8400 Normandale Lake Boulevard
Suite 250
Minneapolis, MN 55437

CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 1660
Baltimore, MD 21202
Resident Agent for Homecomings

Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
12650 Ingenuity Drive
Orlando, FL 32826

CSC-Lawyers Incorporating Service Co.
7 St. Paul Street, Suite 1660
Baltimore, MD 21202
Resident Agent for Ocwen

Sandra L. Derickson
President & Chief Executive Officer
HSBC Bank USA, N.A.
1105 N. Market Street
Suite 1
Wilmington, DE 19801

Raymond H. Twine and Gloria D. Twine
6218 Suitland Rd.
Suitland, MD 20746

D. Phillip Anderson
Laura Margulies & Associates LLC
6205 Executive Boulevard
Rockville, MD 20852

Laura J. Margulies
Laura Margulies & Associates, LLC
6205 Executive Blvd.
Rockville, MD 20852

**End of Memorandum**